# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VOLODYMYR TSOLA,** | : | **CIVIL NO. 1:18-CV-742** |
| | : | |
| **Petitioner** | : | **(Chief Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **CRAIG A. LOWE,** | : | |
| | : | |
| **Respondent** | : | |

## ORDER

AND NOW, this 3rd day of October, 2018, upon consideration of the petition
for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1), wherein petitioner,
Volodymyr Tsola, challenges the constitutionality of his prolonged detention by the
United States Immigration and Customs Enforcement ("ICE"), and upon further
consideration of respondent's suggestion of mootness indicating that petitioner was
removed from the United States on September 13, 2018, see (Doc. 15; Doc. 15-1, ICE
Online Detainee Locator System results), and is no longer in ICE custody, which
renders the petition moot, see Khodara Envtl., Inc. ex rel. Eagle Envtl., L.P. v.
Beckman, 237 F.3d 186, 192-93 (3d Cir. 2001) ("Article III of the Constitution grants
the federal courts the power to adjudicate only actual, ongoing cases or
controversies."); Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir.
1996) ("If developments occur during the course of adjudication that eliminate a
plaintiff's personal stake in the outcome of a suit or prevent a court from being able

to grant the requested relief, the case must be dismissed as moot."), it is hereby

ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

2.    The Clerk of Court is directed to CLOSE this case.


                                    /S/ CHRISTOPHER C. CONNER
                                    Christopher C. Conner, Chief Judge
                                    United States District Court
                                    Middle District of Pennsylvania